176 So. 310

### Brock WALLACE v. STATE.

### 8 Div. 827.

Supreme Court of Alabama.

Oct. 7, 1937.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Brock Wallace for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Wallace v. State, 27 Ala.App. 545, 176 So. 310.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.